**Opinion issued November 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00820-CV

_____

## IN RE DIMET S.A. DE C.V., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Dimet S.A. de C.V. has filed a petition for writ of mandamus challenging the trial court's order granting arbitration.[1] Relator also seeks a stay of the order.

---

[1] The underlying case is *Dimet S.A. de C.V. v. Consolidated Ship Repair & Marine Fabrication, LLC, Hydra Subsea, LLC, and J.A.H. Enterprises Inc., D/B/A Henderson Auctions*, cause number 23-DCV-300674, pending in the 240th District Court of Fort Bend County, Texas, the Honorable Surendran Pattel presiding.

Relator has not established the requirements for mandamus relief. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (holding that to obtain mandamus relief, relator must show trial court clearly abused its discretion and relator has no adequate remedy by appeal); *see also In re Gulf Expl., LLC*, 289 S.W.3d 836, 842–43 (Tex. 2009) (even if relator shows abuse of discretion, relator rarely lacks adequate remedy of appeal from order compelling arbitration).

Accordingly, we deny relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.